UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MAX STEINBERG, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 17-1910-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) |
| Defendants. | ) |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO ALL DEFENDANTS**

COME NOW the Plaintiffs, by and through their undersigned counsel, and respectfully move the Court to enter Default Judgment on behalf of the Plaintiffs, the Estate of Max of Steinberg, Evie Steinberg, Stuart Steinberg, Paige Steinberg and Jake Steinberg (hereafter collectively "Plaintiffs") commensurate with the liability and damages evidence presented herein pursuant to the private cause of action found in 28 U.S.C. § 1605A(c) and as presented in the Memorandum Of Law with Points and Authorities In Support Of Plaintiffs' Motion For Default Judgment As To All Defendants filed contemporaneously herewith.

August 9, 2019                                  Respectfully Submitted,

/s/ Tracy Reichman Kalik
Tracy Reichman Kalik (Bar No. 462055)
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW
Fifth Floor
Washington, DC 2008
Telephone: 202.463.1818
Facsimile: 202.463.2999