# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

ESTATE OF MAX STEINBERG, et al.    )
                                         )

                 Plaintiffs,        )

                                         )

          v.                 )        Civil Action No. 17-1910-RCL

                                         )

ISLAMIC REPUBLIC OF IRAN, et al.    )

                                         )

               Defendants.      )

_____  )

## EXPERT DECLARATION OF DR. RONNI SHAKED IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Comes now the Declarant, Dr. Ronni Shaked, and in accordance with 28 U.S.C. §1746 hereby declares and affirms as follows:

1.      My full name is Ronni Shaked. I am 74 years old. I am an Israeli citizen and resident. I have no financial interest in this litigation.

2.      I make this declaration in support of the Plaintiff to provide the Court with background of certain facts relating to the killing of Max Steinberg, by terrorists who belong to the Hamas terrorist organization, and its responsibility for this attack. Specifically, counsel for the plaintiffs have asked me to address who were the perpetrators of the terrorist attack, and how Hamas carried out the attack.

1

**Professional Background**

3.       Between 1969 and 1982, I worked for the Israeli Security Agency (the "ISA").[1], the Israeli government intelligence and investigatory agency responsible for combating terrorism in Israel and in the West Bank and Gaza Strip. I held a number of positions during my service with the ISA, including: Commander of the Jerusalem Sector, and Commander of the Ramallah Sector.

4.       I specifically dedicated a year of my service in the ISA to the study of terrorism and the development of theories aimed at defeating it in the West Bank and Gaza, in addition to the development of theories and procedures for the defense of Israeli targets in other countries.

5.       Throughout my years of work with the ISA, I handled agents who operated within terrorist organizations, I participated in and conducted interrogations of terrorist operatives, and I participated in and commanded operations intended to defeat terrorist operations. I was also responsible for intelligence-related functions such as collecting and analyzing evidence.

6.       From 1982 until 2013, I worked as a commentator and analyst for the newspaper with the largest distribution in Israel, *Yedioth Ahronoth*, where I wrote about Palestinian affairs, terrorism and Islamic fundamentalist organizations and security-related subjects. As a member of the editorial board, I wrote hundreds of articles, almost all of them about Palestinian and terrorism related issues.

7.       During my tenure at *Yedioth Ahronoth* I interviewed many important members of terrorist organizations. They included, but were not limited to, Hamas leaders Sheikh Ahmed Yassin, Ismail Haniya, Mahmoud al-Zahar, Abed al-Aziz al-Rantisiand Mousa Abu Marzook

---

[1] The ISA is also sometimes known as the Shabak or Shin Bet, which are, respectively, an acronym and the initials of its name in Hebrew (*Sherut haBitachon haKlali*).

and Hamas leader Ismaeil Hanyia. I also interviewed Palestine Liberation Organization ("PLO") leaders such as Yasser Arafat, Mahmoud Abbas, Muhammed Dahlan, Jibril Rajoub and Marwan Barghouti.

8.     From 2004 through 2006, I conducted many interviews of Hamas terrorists in Israeli prisons. The majority of the terrorists whom I interviewed had dispatched other terrorists to perpetrate terrorist attacks, suicide attack or had commanded terrorist operations. I also interviewed potential Hamas suicide bombers, who had been arrested before carrying out a terrorist attack, as well as others who had been wounded, but not killed, during the course of the attack.

9.     In order to confirm my findings and my research, I cross-reference sources of information by, for example, interviewing both Hamas and Fatah[2] sources. Similarly, I conduct interviews with Israeli and Palestinian security sources in order to authenticate information, and I rely on official written reports by the Israeli and Palestinian security establishments.

10.     I have a Bachelor's degree in Middle Eastern Studies from the Hebrew University.

11.     I have a Master's degree (*summa cum laude*) in Middle Eastern Studies, with a focus on fundamental Islam, suicide attacks and Palestinian Islamic organizations, from the Hebrew University of Jerusalem.

12.     I have a Ph.D. in Middle Eastern and Social Psychology, with a focus on the psychological aspects of the Israeli-Palestinian conflict, from the Hebrew University. My dissertation was "The Palestinian Society's Ethos of Conflict."

---

[2] Fatah is the PLO's dominant faction and Hamas's main rival in the West Bank and Gaza Strip.

13. I have provided expert declarations or reports in United States federal courts in the following civil cases:

- *Ungar v. Islamic Republic of Iran*, 211 F. Supp. 2d 91 (D.D.C. 2002)

- *Rubin v. Islamic Republic of Iran*, No. 01-cv-1655 (D.D.C. 2003)

- *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286 (D.D.C. 2003)

- *Haim v. Islamic Republic of Iran*, 425 F. Supp. 2d 56 (D.D.C. 2006)

- *Strauss v. Crédit Lyonnais, S.A.*, No. 06-cv-702 (E.D.N.Y. 2009)

- *Weiss v. National Westminster Bank Plc*, No. 05-cv-4622 (E.D.N.Y. 2010)

- *Linde v. Arab Bank Plc*, No. 04-cv-2799 (E.D.N.Y. 2011).

- *Gill v. Islamic Republic of Iran*, No. 15-cv-2272 (D.D.C. 2017).

- *Weinstock v. Islamic Republic of Iran,* No. 17-cv-23272 (RNS 2018).

14. I have offered testimony at deposition hearings or trial in the following civil cases:

- *Ungar v. Islamic Republic of Iran*, 211 F. Supp. 2d 91 (D.D.C. 2002)

- *Rubin v. Islamic Repub*

- *lic of Iran,* No. 01-cv-1655 (D.D.C. 2003)

- *Strauss v. Crédit Lyonnais*, No. 06-cv-702 (E.D.N.Y. 2009)

- *Weiss v. National Westminster Bank Plc*, No. 05-cv-4622 (E.D.N.Y. 2011)

- *Linde v. Arab Bank Plc*, No. 04-cv-2799 (E.D.N.Y. 2014).

- *Baxter v. Islamic Republic of Iran,* No. 11-cv-02133 (D.D.C. 2011).

15. I have authored or co-authored five books:

- Ronni Shaked and Aviva Shabi, <u>Hamas: From Belief in Allah to the Path of Terror</u>, Keter Publishing House, Jerusalem (1994).

4

- Ronni Shaked and Shlomo Harari, <u>Capucci</u>, Yedioth Ahronoth Books, Tel Aviv (1995).

- Ronni Shaked, <u>On the Fence: The Palestinians in Israel: National Radicalism</u>, Carmel, Jerusalem (2012).

- Ronni Shaked and Botun Mas'ud, <u>From Jerusalem to Damascus and Back: An Intelligence Agent Behind Enemy Lines</u>, Lavie P. Enterprise Publication, Jerusalem (2012).

- Ronni Shaked, <u>From Behind the Kaffiyeh – The Conflict from the Palestinian Perspective</u>, Yedioth Ahronoth, Tel Aviv (2018).

16.    I have made the documentary film "For the Sake of Allah" (2006) dealing with fundamentalist Islam, especially Hamas and its suicide terror attacks.

17.    Between 2012- 2018 I have written script, directed and edited six documentary films dealing with Palestinian terrorism in Gaza focus on Hamas.

18.    I have also served as an expert consultant for several documentaries relating to Hamas and other Palestinian terrorist organizations, including:

- "Collaborators" (1995)

- "The Army of Roses – Women Suicide Bombers" (2002)

- "The Engineer of Death" (2003)

- "To Die in Jerusalem" (2008).

19.    I have worked as a consultant for many governmental entities, including the United States Federal Bureau of Investigation, the United States Department of State, and the United States Department of Justice. From 1991-2001, I also served as a consultant to the Anti-Defamation League.

20.     I have served as a commentator on Israeli television and radio. I have also served as a commentator on Arabic-language television stations, such as Al Jazeera, Al Arabiya and Al Hura. I also appeared as a regular commentator for the broadcast radio channel *Radio Lelo Hafsaka*.

21.     Since 1988 until the present I have been invited to lecture officers of the Israel Defense Force (the Israeli army) on numerous occasions as an expert on Hamas, Middle East terrorism and Islamic fundamentalism.

22.     I have been invited to give briefings on Palestinian terrorism and Hamas to the Foreign Affairs Committee of the U.S. House of Representatives, (senior staff briefing, January 1996); to U.S. Senator Evan Bayh, (1999, four-hour briefing); to the Extra-Parliamentary Foreign Affairs Committee (London 1999); to the Federal Bureau of Investigation (in 1997 and 2000); to the United States State Department (1992); to the Anti-Defamation League (1991-1995); and, at the request of the United States Embassy in Israel, to various embassy staff and visiting U.S. government officials.

23.     I was invited to lecture on Palestinian terrorism and Hamas at the International Security and Defense Institute (May 2000) and at McGill University, Montreal (1997).

24.     I have served as an advisor on Palestinian terrorism and Islamic fundamentalism to the Ministry of Foreign Affairs, State of Israel; to the Israeli Police; and to the Office of the United States Attorney, Middle District, Florida - Special Committee on Islamic Jihad (2000).

25.     As part of my professional work and research I frequently interviewed and spoke with operatives and members of Hamas and other Palestinian terrorist groups, and exchange information with American, Israeli and Palestinian security and intelligence officials. I also frequently have access to documents and evidence gathered by Israeli and American intelligence

and law enforcement agencies, including statements and confessions made by captured Hamas operatives and members of other terrorist groups. My knowledge of and familiarity with the matters discussed herein is based on the expertise I have developed during many decades of on-going research, study and publishing.

26.      From 2012, I have served as a Principal Research Associate in the Harry Truman Institute for the Advancement of Peace at the Hebrew University of Jerusalem. In 2015, I was appointed Head of the Middle East unit at the Truman Institute. I currently dedicate most my of time to conducting academic research and consulting on Palestinian-related issues.

27.      I am fluent in spoken and written Hebrew, Arabic and English, and qualified to translate between these languages.

**Background of the attack**

28.       Max Steinberg, was 24- year- old American citizen who volunteered to join the IDF and was Staff Sergeant in Battalion 13 of the Golani Brigade, one of the outstanding battalions of the Israeli army.  On 20 July 2014, following the escalation of Hamas terrorism, the 13th battalion was sent, on a mission to combat the terrorists in the Saja'iya neighborhood of Gaza.  The main mission was to expose Hamas' offensive tunnels which were being used to conduct terrorist attacks inside of Israel.  The tunnels were also suspected of being used to kidnap civilians in Israel to be held hostage [3]. He and the other members of his company were on the way to Sajaiya in APCs, their mission was to expose the terrorist tunnels in the outskirts of Saja'iya  and destroy them.

---

[3] on the tunnels, see https://www.youtube.com/watch?v=vpVtWkCNTzg
                        https://www.youtube.com/watch?v=68MgsZBQris

29.     As a result of mechanical problems, the vehicle that Max was travelling in r got stuck dozens of meters away from the house where the Hamas terrorists were hidden.     Hamas terrorists noticed that one of the APCs was stuck, took advantage of the opportunity and launched two anti-tank missiles that hit the stuck APC in which Max Steinberg and others were in.  At 12:45 am Max Steinberg and everyone else travelling in his vehicle was killed.

**Methodology**

30.     In order to explain my how I conclude that Hamas perpetrated and is responsible for the killing of Max Steinberg, I used the methodology that I developed during the last decade, and has been used and accepted in courts mentioned in the above paragraphs.

31.     The methodology which was used in the writing of this report is drawn from my experience with the ISA, as from my years as a journalist and as an academic researcher at the Hebrew University of Jerusalem,  where I focused on subjects that are related to terrorism in general, and Islamic extremism in particular. Within the framework of my ongoing research, I have read through thousands of unclassified documents, including Hamas web sites and other material which was published by Hamas, such as leaflets, posters and postcards, in addition to the Palestinian newspapers and television broadcasts, in particular, as well as newspapers and television broadcasts of the Arab world, in general.

32.     Moreover, I was also present at funerals and public meetings of Hamas, I collected and/or examined photographs, Court records, official testimony of terrorism suspects, video tapes and recordings, documentary films and other materials, including interviews with Hamas leaders both in and out of prison. In order to confirm my findings and my research, I cross-referenced sources of information by, for example, holding interviews with Hamas and

Fatah sources. I conducted interviews with Israel and Palestinian security sources in order to authenticate information, and I relied on official written reports by the establishments.

33.     The methodology  designed to create a descriptive pattern to prove attribution and responsibility of a terrorist organization for terror attacks, rests - and  relies on  a variety of criteria, such as receiving written responsibility, accepting responsibility in a recorded message; symbols; official communications; Palestinian media; Arab media; social media; other competing organizations reactions to the attack. I will also refer and rely on official Israeli sources and the Israeli media' and international media. The examination shall be conducted not only at and close to the time of the attack even years later.

**The Hamas - Islamic Resistance Movement**

34.     Although there are many Palestinian terrorist organizations (such as Palestinian Islamic Jihad.4 the Popular Front for the Liberation of Palestine, etc.) which have attacked Israeli targets, Hamas has been the most deadly and the most successful of all these terrorist organizations over the past 30 years.  Hamas, whose name means "the Islamic Resistance Movement," is a Sunni fundamentalist Islamic terror organization, which strives to establish a Palestinian state founded on Islamic law - according to the ideology of the Muslim Brotherhood, in place of the state of Israel. Hamas was established by Sheikh Ahmad Yassin from the Gaza Strip, and became active in December 1987. Hamas defines itself, according to its charter published in August 1988, as the Palestinian branch of the Islamic Brotherhood movement. The Hamas Charter of August 18, 1988, specifies that the Palestinian conflict with Israel is based on religious differences of opinion (rather than on national-territorial differences of opinion), and on

---

[4]     Palestinian Islamic Jihad ("PIJ") is a Foreign Terrorist Organization, like Hamas, with close ties to Iran.

the dispute between Islam and the "infidel" Jews. Accordingly, the conflict cannot be resolved by way of political compromises, but only by way of a Jihad (holy war against the infidels) until all of Palestine has been liberated and the State of Israel has been eliminated. Hamas sanctifies Jihad as the sole method of action to destroy the State of Israel. Article 13 of the Hamas Charter emphasis: "There is no solution to the Palestinian problem except by Jihad".[5]



**Hamas official symbol**

source:  https://hamas.ps/ar/   **(the official internet site of Hamas)**

35.     Hamas is outlawed as a terrorist organization in the United States, Canada, Jordan, Egypt, Israel, and Japan.

36.     In 1995, the United States government designated Hamas a Specially Designated Terrorist ("SDT").[6] In 1997, the United States government designated Hamas a Foreign Terrorist

---

[5]  https://www.terrorism-info.org.il/Data/pdf/PDF_06_032_2.pdf
[6] Executive Order 12947, "Prohibiting Transactions with Terrorists Who Threaten to Disrupt the Middle East Peace Process," Part IX, January 25, 1995, available online at http://www.treasury.gov/resource-center/sanctions/Documents/12947.pdf

Organization ("FTO").[7]  In 2001, the United States government designated Hamas a Specially Designated Global Terrorist ("SDGT").[8]

37.     In June 2007 Hamas took over the Gaza Strip, and established a radical Islamic entity in the Gaza Strip which is separate from the Palestinian Authority in the West Bank. Since then, the Gaza Strip is controlled by the terrorist regime of Hamas.  Hamas as a proxy for Iran and at various times has also received support for its terrorist activities from the Syrian Arab Republic.  At the same time Hamas has  continued its accelerated terrorist buildup, and terrorize Israel on routine terrorist activities of launching rockets, missiles, mortar shell fire, light arms fire, planting IEDs dispatching suicide bombers etc. targeting Israeli objectives

38.     The Hamas's terrorist strength rests on the Izz al-Din al-Qassam Brigades[9], its "military wing", used as the movement's apparatus for carrying out terror attacks. The Izz al-Din al-Qassam Brigade was founded in 1990, in order to plann and carry out the "Jihad" - terrorist attacks against Israel. Until 2001, the activities of Izz al-Din al-Qassam Brigades focused on dispatching "human bombs" - suicide bombers to buses, coffee shops, restaurants, malls and crowded entertainment areas inside Israel. In these attacks hundreds were killed, and thousands were wounded. These attacks were targeted to cause as many as possible deaths and casualties.

39.     The anti-tank unit of the Izz al-Din al-Qassam Brigade equipped with a variety of anti-tank guided missiles For example the RPGs include RPG-7 and the modern and capable RPG-29; Fagot, and Kornet. these kinds of anti-tank missiles are used to attack armored vehicles, including tanks, APCs and armored engineering vehicles.

---

[7] Office of the Coordinator for Counterterrorism, Designation of Foreign Terrorist Organizations, October 8, 1997, available online at http://www.state.gov/www/global/terrorism/fs_terrorist_orgs.html

[8] See Executive Order 13224 - Blocking Property And Prohibiting Transactions With Persons Who Commit, Threaten To Commit, Or Support Terrorism, available online at http://www.treasury.gov/resource-center/sanctions/Documents/13224.pdf

[9] for full details include pictures and videotapes: https://alqassam.net/arabic/

11



**The official symbol of the Izz Al-Din Al-Qassam Brigades**

source: https://www.alqassam.ps  (the official internet  site of Izz al-Din al-Qassam Brigade)

40.      In July 2014 Izz Al-Din Al-Qassam Brigades, revealed that its engineers manufactured unmanned aircraft.[10]

41.      Izz Al-Din Al-Qassam Brigades comprises six units, with an estimated 30,000 terrorists divided into units and battalions. Each unit has defined missions. The most prominent terrorist units are the Infantry Unit; the artillery; the engineering; the anti-tank; air defense; the sniper and information bureau. By July 2014, Izz Al-Din Al-Qassam Brigades arsenal was estimated at approximately10,000 rockets. The long-range missiles came mainly from Iran and Syria.

42.      To promote terrorism through the tunnels, Hamas set up the Nuchba unit.  This unit, which has several hundred terrorists, is considered an elite unit of the Izz Al-Din Al-Qassam Brigades. The mission of the unit is to carry out terrorist attacks, to burst out of the tunnels, and to carry out terrorist attacks in Israel and to also kidnap Israeli civilians or soldiers. The commanders and some of the terrorists units were trained in Iran and Malaysia.

---

[10] http://www.qassam.ps/news-8675-In_Pictures__Ababil_Homemade_Drones_fly_over_Israeli_War_Ministry.htm

12

43.     Since its foundation in 1987 Hamas has launched thousands of attacks, murdered more than a thousand Israelis and injured thousands. Hamas has thwarted every attempt to reach a negotiated settlement between Israel and the Palestinians.

44.     Israel has taken counter-terror activities and all defensive measures, including the construction of a separation fence between Gaza and Israel and between the West Bank and Israel. These measures led to a significant decrease in Hamas's success in carrying out suicide attacks in Israel. As a result, Hamas, and other Palestinian terrorist organizations were forced to look for new ways to carry out terrorism inside Israel. With Iranian assistance, Hamas developed ability to carry out high-trajectory fire - mortars, rockets and missiles. Since 2001, when Hamas started to launch rockets and until 2014, thousands of rockets and mortars were launched on Israel designed to kill, injure and terrorize the Israeli population. From 2001 to June 30, 2014, 41 fatalities were recorded as a result of high trajectory fire from the Gaza Strip towards Israel. 27 killed as a result of rocket fire, 14 were killed by mortar shells, and 1,673 were injured as a result of high trajectory fire.[11]

45.     Another major way to bypass the fence barrier and the wall was the construction of a vast underground system which includes a network of tunnels dug under various regions of the Gaza Strip directed to the Israeli border. These tunnels were designed to allow Hamas assault squads to penetrate Israeli border defenses without detection and to attack targets inside Israel. The tunnels are based on the doctrine of terrorist movements (for example, Vietnam or Hizbullah in Lebanon). The tunnels are a dangerous threat to Israel, since Israeli villages and town are located only a few hundred meters from the border with Gaza. Many Americans also live in these villages and towns. Another reason for digging the tunnels was to use it as an offensive

---

[11] Data of the Israeli Security Agency, https://www.shabak.gov.il/publications/Pages/study/Skira160714.aspx

tunnel, and create a threat to IDF forces, in case they will operate in the Gaza Strip to carry out its counter-terrorism operation.

46.    Offensive tunnels constituted the major offensive capability of Hamas. In 2014 the IDF discovered 36 offensive tunnels in the course of operations, fourteen reached into Israel and two more had exits within 500 meters (about 0.31 mile) of the Israeli border.

**Methods Hamas Uses for Taking Responsibility for Terrorist Attacks**

47.    The following are some typical methods which are used by Hamas in order to publicize its responsibility for planning and carrying out a terrorist attack:

**Public announcements**

48.    Written announcements are disseminated frequently throughout the Palestinian Territories. These announcements are generally accompanied by statements by leaders of the organization that assume responsibility for the perpetration of the terrorist attack.[12]

49.    **The Internet** has become one of the most important media tools used by Hamas. Hamas has its own official web site, and its terrorist apparatus, the Izz al-Din al-Qassam Brigades ("Qassam Brigades") has a separate official web site of its own. These web sites display announcements that glorify the terrorist attacks which were perpetrated by Hamas and provide additional details with respect to the perpetration of specific attacks.[13] In my professional

---

[12]     *See*, *e.g.*, http://aljazeera.net/news/archive/archive?ArchiveId=34163. and also http://www.alqassam.ps/arabic/operations2.php?id=23#. See also an original announcement of the Izz al-Din al-Qassam Brigades.

[13] See, e.g., http://www.alqassam.ps/arabic. See for example: http://www.alqassam.ps/arabic/news1.php?id=11412
See also: http://www.palestine-info.info/arabic/Hamas/glory/ramalah.htm
See also: http://www.palestine-info.info/arabic/Hamas/shuhda/amalyat_03.htm

14

experience, claims of responsibility on Hamas's official websites have generally been accurate, though each case needs to be evaluated independently.

50.     **Photographs**: The dissemination of photographs is part of a regular ritual which indicates that Hamas wishes to emphasize that the terrorist attack in question was carried out by its operatives (often wearing Hamas insignia or surrounded by Hamas symbols).

**The media**

51.     Articles on the attack: Hamas publishes its own newspapers which often publish stories and photographs of the terrorist attack and feature profiles of the Hamas operatives involved.

52.     Video Footage of the Terrorist Attacks: In recent years, Hamas has begun to film some of its attacks on Israeli targets for internal propaganda purposes.

**Operation "Protective Edge" - Background**

53.     **T**he first six months of 2014 (prior to the IDF operation in Gaza) was saturated with terrorism. 19 Israelis were killed and 63 were injured. The date of 12 June 2014 marked another record of Hamas terrorism escalation, and the threat to Israel reached a critical point: three  teenagers were kidnap and  murdered by Izz Al-Din Al-Qassam terrorists. At the same time, heavy rocket fire began to launch on Israel from the Gaza Strip, Hamas intensified its rocket and mortar launches towards Israel, firing on an almost daily basis, and simultaneously Hamas' terrorists intensified their infiltrated attacks into Israel through the offensive tunnels they built to murdered residents and try to kidnap civilian and soldiers. In Israel, the tunnels and the

rockets were perceived as a strategic threat. On July 7, 2014, over 60 rockets at Israel from the Gaza Strip. Israel responded with an aerial campaign. Ten days later, on July 17, 2014, Hamas conducted a major infiltration into Israeli territory through a cross-border assault tunnel. As a result, and in order to prevent additional attacks, a ground operation was launched against Hamas known as "Operation Protective Edge". The major objective of Operation Protective Edge was to locate terrorist tunnels on the Gaza side of the border, and to identify and neutralize the cross-border offensive tunnels, which originated from the outskirts of the urban areas of the Gaza Strip. The operation took place in several limited area on the outskirts of Gaza, where Hamas was suspected of operating the tunnels. One of the locations was Saja'iya neighborhood.

**The Saja'iya neighborhood**

54.     The Saja'iya neighborhood is the eastern neighborhood of Gaza City, located a few hundred meters from the border with Israel. About 100,000 people live in the neighborhood which is considered the main stronghold of the Hamas terrorist movement, therefore it is called "the terror neighborhood". In the neighborhood there are many facilities of Hamas, among them several Hamas training facilities and centers of Islamic education. Ahmed Ja'abari, who was acting commander of Izz Al-Din Al-Qassam and was called by the Israeli media "chief of staff of Hamas" and who in 2012 was killed by Israel, lived in this neighborhood. Hamas exploited the residents' support, and the population density of the neighborhood in order to create a "human shield" for its terrorist activities, thus reducing or complicating Israel's willingness and ability to strike them  Hamas dug many tunnels in the neighborhood, also because it is located not far from the border fence.

**The July 20, 2014 attack - the killing of Max Steinberg.**

55.     The Golani Brigade received the mission to enter the outskirts of the Saja'iya neighborhood to uncover offensive tunnels and destroy them.  The operation was planned for July 17th. That same day, Israeli airplanes distributed flyers demanding of the residents of the neighborhood to evacuate their homes because of the upcoming operation. But due to their concern that the Palestinian residents living in the area, would not abandon their homes. The IDF's commanders feared that many civilians would be harmed, therefore they decided to delay the operation. The delay neutralized the surprise effect of the action.

56.     The operation began at midnight on July 20. Max Steinberg's unit was inside four armored troops carriers. The unit crossed the border and soon reached the outskirts of the Saja'iya neighborhood. At the entrance to the neighborhood, a few dozen meters from a two-story house, Max's vehicle got stuck. Terrorists of the Izz Al-Din Al-Qassam Brigades were hiding inside the house.  Located inside the house was the open-door of an offensives tunnel used by Hamas. The terrorists ambushed the armored convoy, and when they noticed that the one of the vehicles was stuck and stalled, they took the advantage and launched  RPG missiles that hit the carrier. A large flame of fire broke out, the carrier caught fire. Max Steinberg and another six soldiers from his unit were  killed.

57.     Immediately afterwards, the terrorists opened massive fire at the carrier and shortly thereafter, one of the terrorists reached the carrier opened its door and kidnapped the body of the soldier Shaul Oron, who was already dead. From Hamas' point of view, kidnapping the body of Oron, was the most important success. Since the kidnapping, until now. Hamas's main reference to the attack in which Max Steinberg was killed, has been on the kidnapping of Oron's body.

**Official claim of responsibility**

58.    A few hours after the attack, even before all the details became clear, Izz al-Din al-Qassam Brigades, issued a statement announcing and taking responsibility for the attack. This claim of responsibility was distributed through Al-Qassam website.   According to the announcement, "fighters of the Izzadin Al-Qassam Battalions were able to ambush an armored carrier and kill 14 soldiers".[14]

59.    A few hours after launching the RPG missile in which Max was killed and the kidnapping of Shaul Oron's body from the APC, the official spokesman of the Izz al-Din al-Qassam Brigades, known by his nickname 'Abu Obeida', gave an official statement to the press[15], announcing that Hamas was  holding  an Israeli soldier captive. He mentioned the name of Shaul Oron and gave his personal details.[16]   The spokesman announced that Oron had been taken captive by the Izz Adin Al-Qassam Brigades. The official announcement was videotaped and was sent to all Palestinian Arab and international media. Abu Obeida wore military clothes. On his head  he wore a Kaffia that covered his face, on his  forehead  was a green bandana on which was written 'Izz al-Din al-Qassam',  in the background  of the pictures  appeared  a Hamas flag and the official emblem of the Izz Adin al-Qassam Brigades.[17]

60.    The Izz al-Din al-Qassam Brigades official website report about the attack, report that they captured Israeli soldier, and claim responsibility for this attack.[18] The announcement mention the name of Golani Brigade.

---

[14] http://www.qassam.ps/news-8656-Al_Qassam_kills_14_Israeli_soldiers_in_an_ambush_east_of_Gaza_city.htm
[15] https://www.youtube.com/watch?v=bDIxcAWIYgQ (the announcement was broadcast in Al-Jazira television)
[16] https://www.youtube.com/watch?v=blvSFGQmDcw  ;
https://www.youtube.com/watch?v=l92Bqy0czhU

[17] https://www.youtube.com/watch?v=bDIxcAWIYgQ

[18] http://www.qassam.ps/news-8667-
In_the_ground_war_on_Gaza_Al_Qassam_captures_Israeli_soldier__kills_52.html



**The official spokesman of the Izz al-Din al-Qassam Brigades announcing responsibility for the attack in which Max Steinberg was killed and kidnappings Shaul Oron**

source: https://www.youtube.com/watch?v=bDIxcAWIYgQ

### Attribution  - Hamas's responsibility

61.     The announcement was immediately broadcast on all Palestinian and Arab media. Demonstrations of joy broke out in all Palestinian cities in the Gaza Strip and the West Bank. The celebrants carried Hamas flags in their hands. The official announcement was broadcast on all Palestinian radio stations. The next day, all Palestinian newspapers and Arabs newspapers in Jordan, Egypt Persian Gulf Emirates and in Iran, published the announcement. Hamas's narrative of the kidnapping of the soldier and the destruction of the APCs, was adopted by the Palestinian and Arab public opinion.



**The official announcement of the Izz Adin Al-Qassam Brigades on the attack and the abduction of Shaul Oron**

**source:** source: https://alqassam.net/arabic/%D9%85%D8%B9%D8%A7%D8%B1%D9%83-%D8%B9%D9%85%D9%84%D9%8A%D8%A7%D8%AA-%D8%A7%D9%84%D9%82%D8%B3%D8%A7%D9%85/88/%D8%A3%D8%B3%D8%B1-%D8%A7%D9%84%D8%AC%D9%86%D8%AF%D9%8A-%D8%B4%D8%A7%D9%88%D9%84-%D8%A3%D8%B1%D9%88%D9%86

((the official website of Izz al-Din al-Qassam Brigade)

62. Hamas has distributed videos on the YouTube network titled "Battle of Saja'ia". In most of the videos, one can find the official announcement of the Izz Adin Al-Qassam Brigades. Another video clip on the YouTube network, shows a Palestinian singer singing a song of praise to Hamas for the "victory in the battle of Saja'iya" and taking Saul Oron captive.

63.     Hamas spokesmen said several times that the terrorist who carried out the attack in which Max Steinberg was killed belonged to the Nuchba unit.  The offensive tunnel through which the terrorists fled with the body of Shaul Oron was built by Hamas and maintained by the Nuchba unit. The tunnel was destroyed on July 26 2014 by the IDF. The RPG missile used by Hamas terrorists in the attack was of a new type, and was believed to have been supplied to Hamas by Iran.



Repeat official announcement of the Izz Adin Al-Qassam Brigades spokesman

on **July 23, 2019**   - Shaul Oren and the attack.

**source:  <u>https://alqassam.net/arabic/</u>videos/1772**

64.     Apart from Hamas, no other Palestinian terrorist organization has claimed responsibility for the attack. On the contrary, they have welcomed and praised Hamas for its attack.

65.     Official sources in Israel, the Prime Minister's Office, the Foreign Ministry and including the IDF Spokesman confirmed that Hamas carried out the terrorist attack.

**Conclusions**

Hamas's quick claim of responsibility demonstrates that it had no interest in denying its responsibility for the attack. On the contrary, the swiftness of the claim shows that Hamas wanted to proclaim to the public its ability to carry out an attack. From Hamas's point of view, the attack was a great achievement, and, as such, Hamas gave special emphasis to publicizing its claim of responsibility and the details of how the attack occurred.

There is no doubt that the terrorist attack in which Max Steinberg was killed was carried out by the Izz Adin al-Qassam Brigades, the Hamas terrorist branch. Hamas boasted and took pride in carrying out the attack. Hamas publications have labeled the attack a "quality operation". Hamas's pride is manifested through videos-clips, the internet, songs, radio, posters, billboards, graffiti, and articles in their written-media. The body of the slain soldier Shaul Oron, Max Steinberg's unit member, is still being held by Hamas. The leaders of the terrorists of the Izz Adin Al-Qassam Brigade, use and exploit Oron's body for political and propaganda purposes. Hamas continues week after week, to mention the attack and the kidnapping of the body of Oron. This is conclusive proof that Hamas is responsible for the killing of Max Steinberg.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.

Date  2 August 2019          Dr. Ronni Shaked