UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE ESTATE OF MAX STEINBERG, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE ISLAMIC REPUBLIC OF IRAN and ) <br> THE SYRIAN ARAB REPUBLIC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 17-cv-1910 (RCL) |

## ORDER AND JUDGMENT

Before the Court is plaintiffs' motion for default judgment. ECF No. 18. For the reasons stated in the Memorandum Opinion issued this date and upon consideration of plaintiffs' motion, the record, records of prior proceedings in related cases before this Court, and defendants' failure to appear, it is hereby

**ORDERED** that plaintiffs' motion for default judgment is **GRANTED**; and it is further

**ORDERED** that final judgment is entered in favor of plaintiffs and against defendants the Islamic Republic of Iran and the Syrian Arab Republic; and it is further

**ORDERED** that the prevailing plaintiffs shall receive $15,934,010 in compensatory damages and $150,000,000 in punitive damages, to be distributed as follows:

| Plaintiff | Compensatory Damages | Punitive Damages | Total Damages |
|---|---|---|---|
| Estate of Max Steinberg | $934,010 | $30,000,000 | $30,934,010 |
| Stuart Steinberg | $5,000,000 | $30,000,000 | $35,000,000 |
| Evie Steinberg | $5,000,000 | $30,000,000 | $35,000,000 |

| | | | |
|---|---|---|---|
| Jake Steinberg | $2,500,000 | $30,000,000 | $32,500,000 |
| Paige Steinberg | $2,500,000 | $30,000,000 | $32,500,000 |

It is further **ORDERED** defendants Iran and Syria shall be jointly and severally liable for the compensatory damages award and the punitive damages award; and it is further

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion issued this date, to defendants.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

It is **SO ORDERED**.

SIGNED this 15th day of November, 2019.

_____
Royce C. Lamberth
United States District Judge